# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>FORTUNE TRUCKING LLC, *et al*.,<br><br>    Defendants. | Case No. 2:25-cv-00213-RFB-NJK<br><br>**Order**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion for extension of time for service of process upon Defendants. Docket No. 4.

Service of process must generally be completed within 90 days. Fed. R. Civ. P. 4(m). The Court must extend that deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See id.*

Plaintiff submits that it has attempted to serve Defendants no fewer than 25 times at seven different addresses. Docket No. 4 at 1. Plaintiff further submits that it now has information that Defendants currently reside in Florida. *Id*. at 5.

For good cause shown, Plaintiff's motion to extend time is **GRANTED**. The new deadline to complete service is **SET** for July 30, 2025.

IT IS SO ORDERED.

Dated: April 30, 2025

Nancy J. Koppe
United States Magistrate Judge

1